Elizabeth Rose Loveridge #6025
WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 JAN 29 PM 4: 12

DISTRICT OF UTAH

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>**Karma L Tomlinson**<br>**Steven L. Tomlinson**<br>SSN:   XXX-XX-9349<br>SSN:   XXX-XX-5828<br>Debtor(s). | Bankruptcy No. 07-25861 JAB |
|---|---|

### DEPOSIT OF UNCLAIMED FUNDS

Elizabeth Rose Loveridge, the duly appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that on November 11, 2009, the following check was sent to the corresponding creditor to the address on file with the Court: check no. 1012 in the amount of $11.39 was sent to Verizon Wireless to the address on file with the Court. The check has not been deposited and over 90 days have passed from the date of issue. Therefore, the Trustee has issued a stop payment on the check and has deposited the funds with the U.S. Bankruptcy Court for the District of Utah on January 27, 2010.

DATED this 27th day of January, 2010.

Elizabeth Rose Loveridge
Chapter 7 Trustee

T:\TomlinsonUnclaimedFunds.012710

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January, 2010, I caused a true and correct copy of the foregoing **DEPOSIT OF UNCLAIMED FUNDS** to be mailed, postage prepaid, to:

>Office of the United States Trustee
>Attn: Rayla Meyer
>Ken Garff Building
>405 South Main Street
>Suite 300
>Salt Lake City, UT  84111
>
>Karma L Tomlinson & Steven L. Tomlinson
>1347 South 300 West
>Bountiful, UT 84010
>
>Marji Hanson
>Law Office of Marji Hanson
>352 South Denver Street, Suite 240
>Salt Lake City, Utah  84111

*[signature]*

T:\TomlinsonUnclaimedFunds.012710